David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

Attorneys for Plaintiff,
Judd Hall

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL,<br><br>            Plaintiff,<br><br>     vs.<br><br>NATIONAL CONSUMER TELECOM<br>& UTILITIES EXCHANGE, INC,<br><br>            Defendant. | Case No.:  2:21-cv-00907-RFB-BNW<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HERBY GIVEN** that the dispute between Judd Hall ("Plaintiff") and Defendant National Consumer Telecom & Utilities Exchange, Inc has been resolved on an individual basis.  The parties anticipate filing a Stipulation for Dismissal of the Action as to Plaintiff's claims, with Prejudice, within 60 days.

Plaintiff requests that all pending dates and filing requirements as to be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal.

Dated:  September 12, 2021

/s/ David Krieger, Esq.
David Krieger, Esq.

Attorneys for Plaintiff
*Judd Hall*

## Order

**IT IS SO ORDERED**

**DATED:** 9:28 am, September 13, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**