David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Judd Hall*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.,<br><br>Defendant(s). | Case No.: 2:21-cv-00907-RFB-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACTION, WITH PREJUDICE, AGAINST NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.** |

IT IS HEREBY STIPULATED by and between Judd Hall ("Plaintiff") and Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2), with prejudice.  Accordingly, the Parties request that the Court dismiss National Consumer Telecom & Utilities Exchange, Inc. from this action, with prejudice, and close this case.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on January 5, 2022.

| | |
|---|---|
| */s/ Shawn W. Miller* | */s/ Gia N. Marina* |
| David H. Krieger, Esq. | Gia N. Marina, Esq. |
| Shawn W. Miller, Esq. | CLARK HILL PLLC |
| KRIEGER LAW GROUP, LLC | 3800 Howard Hughes Drive, Suite 500 |
| 2850 W. Horizon Ridge Parkway | Las Vegas, Nevada 89169 |
| Suite 200 | Attorneys for Defendant |
| Henderson, Nevada 89052 | ***National Consumer Telecom & Utilities Exchange, Inc.*** |
| Attorneys for Plaintiff | |
| ***Judd Hall*** | |

**ORDER**

IT IS SO ORDERED.



RICHARD E. BOULWARE, II
United States District Court

DATED this 6th day of January, 2022.